JONATHAN D. DYKSTRA (Bar. No. 258947)
jdykstra@wattslawyers.com
WATTS LAW APC
9900 Research Drive
Irvine, CA 92618
Tel: 949-622-8980 / Fax: 919-622-8901

Attorneys for Plaintiff
CHARISSA FARLEY-HAY, ACTING ON
BEHALF OF CAROL ANN MCCONNELL

MICHAEL J. DUVALL (Bar No. 276994)
michael.duvall@dentons.com
DENTONS US LLP
601 South Figueroa Street, Suite 2500
Los Angeles, CA 90017-5704
Tel: 213-623-9300 / Fax: 213-623-9924

Attorneys for Defendant
GENWORTH LIFE INSURANCE COMPANY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARISSA FARLEY-HAY, an individual, on behalf of CAROL ANN MCCONNELL, an individual,<br><br>Plaintiff,<br><br>v.<br><br>GENWORTH LIFE INSURANCE COMPANY, a Delaware corporation; and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No. 5:24-cv-00071-KK-SP<br><br>**JOINT NOTICE OF SETTLEMENT**<br><br>Judge: Hon. Kenly Kiya Kato<br><br>Complaint Served: December 14, 2023<br>Trial Date: None Set |

**TO THE CLERK OF THE COURT**:

**PLEASE TAKE NOTICE** that Plaintiff Charissa Farley Hay, an individual on behalf of Carol Ann McConnell, and Defendant Genworth Life Insurance Company (collectively, the "Parties") have agreed to settle the above-captioned matter, subject to the negotiation and execution of a fully integrated written agreement. Counsel for the Parties are in the process of preparing such agreement, and the Parties intend to finalize a settlement agreement as soon as practicable and file a stipulation of dismissal with prejudice shortly thereafter. Accordingly, the Parties request that all case deadlines be vacated and that the Court schedule an OSC re dismissal for approximately 60 days from now.

Dated: March 20, 2024

Respectfully submitted,

WATTS LAW APC

By: */s/ Jonathan D. Dkystra*
      Jonathan D. Dykstra

Attorneys for Plaintiff Charissa Farley-Hay, acting on behalf of Carol Ann McConnell

Dated: March 20, 2024

DENTONS US LLP

By: [signature]
      Michael J. Duvall

Attorneys for Defendant
Genworth Life Insurance Company

- 2 -

## **ATTESTATION PURSUANT TO CIVIL LOCAL RULE 5-4.3.4**

In accordance with Civil Local Rule 5-4.3.4, I attest that concurrence in the filing of this document has been obtained from the other signatory, which shall serve in lieu of their signature on the document.

Dated:  March 20, 2024                    DENTONS US LLP

By: _____
　　　　Michael J. Duvall

Attorneys for Defendant
Genworth Life Insurance Company