WATTS LAW LLP
JONATHAN D. DYKSTRA, SBN 258947
jdykstra@wattslawyers.com
GEOFFREY C. BRETHEN, SBN 259873
gbrethen@wattslawyers.com
9900 Research Drive
Irvine, California 92618
Telephone: (949) 622-8980
Facsimile: (949) 622-8901

Attorneys for Plaintiff CHARISSA FARLEY-HAY, acting on behalf CAROL ANN MCCONNELL

DENTONS US LLP
MICHAEL J. DUVALL, SBN 276994
michael.duvall@dentons.com
601 South Figueroa Street, Suite 2500
Los Angeles, CA  90017-5704
Telephone: (213) 623-9300
Facsimile: (213) 623-9924

Attorneys for Defendant
GENWORTH LIFE INSURANCE COMPANY

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CHARISSA FARLEY-HAY, an individual, on behalf of CAROL ANN MCCONNELL, an individual, <br><br> Plaintiff, <br><br> vs. <br><br> GENWORTH LIFE INSURANCE COMPANY, a Delaware corporation; and DOES 1 through 50, inclusive, <br><br> Defendants. | Case No.: 5:24-cv-00071-KK-SP <br><br> Assigned for all purposes to: <br><br> Hon. Kira L. Klatchko <br> Dept. PS1 <br><br> **JOINT STIPULATION OF DISMISSAL WITH PREJUDICE** <br><br> Complaint filed: December 13, 2023 |

///

///

///

1
JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff Charissa Farley-Hay, an individual on behalf of Carol Ann McConnell, and Defendant Genworth Life Insurance Company, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), stipulate to the dismissal of this action, with prejudice, with each party to bear its own costs.

                                                Respectfully submitted,

Dated: May 6, 2024                    WATTS LAW LLP
                                      Attorneys at Law


By: /s/ Jonathan D. Dykstra
      JONATHAN D. DYKSTRA
      GEOFFREY C. BRETHEN
      Attorneys for Plaintiff CHARISSA FARLEY, acting on behalf of CAROL ANN MCCONNELL

Dated: May 6, 2024                    DENTONS US LLP


By: /s/ Michael J. Duvall
      MICHAEL J. DUVALL
      Attorney for Defendant GENWORTH LIFE INSURANCE COMPANY

**ATTESTATION PURSUANT TO CIVIL LOCAL RULE 5-4.3.4**

In accordance with Civil Local Rule 5-4.3.4, I attest that concurrence in the filing of this document has been obtained from the other signatory, which shall serve in lieu of their signature on the document.

Dated: May 6, 2024                     WATTS LAW LLP
                                       Attorneys at Law


                                       By:  /s/ Jonathan D. Dykstra
                                            JONATHAN D. DYKSTRA
                                            GEOFFREY C. BRETHEN
                                            Attorneys for Plaintiff CHARISSA FARLEY, acting on behalf of CAROL ANN MCCONNELL

PROOF OF SERVICE

STATE OF CALIFORNIA     )
                        ) ss:
COUNTY OF ORANGE        )

I am employed in the County of Orange, State of California, at the law firm of WATTS LAW APC (9900 Research Drive, Irvine, California 92618). I am over the age of 18 and not a party to the within action.

On May 6, 2024, I served, in the manner indicated below, the foregoing document described as **JOINT STIPULATION OF DISMISSAL WITH PREJUDICE** on the interested parties to this action as follows:

Counsel for Defendant GENWORTH LIFE
INSURANCE COMPANY
Michael J. Duvall
DENTONS US LLP
601 South Figueroa Street, Suite 2500
Los Angeles, CA 90017-5704
michael.duvall@dentons.com
cc: samantha.fahr@dentons.com
haley.eastham@dentons.com

☐ (BY REGULAR MAIL) I caused such envelope(s) to be deposited in the United States mail at Irvine, California, with postage thereon fully prepaid. I am readily familiar with the firm's practice of collection and processing correspondence for mailing. It is deposited with the United States Postal Service each day, and that practice was followed in the ordinary course of business for the service herein attested to. [C.C.P. Section 1013(a)(3)] [see mailing list]

☒ (BY ELECTRONIC MAIL) I caused such document(s) to be served by electronic mailing to the electronic mail addresses of the parties listed above. [see mailing list]

☐ (BY OVERNIGHT DELIVERY) I enclosed the documents in a sealed envelope or package provided by an overnight delivery carrier and addressed to the persons at the addresses indicated above. I placed the envelope or package for collection and overnight delivery at an office or a regularly utilized drop box of the overnight delivery carrier.

I declare under penalty of perjury under the laws of the State of California that all the foregoing is true and correct. Executed on May 6, 2024, at Irvine, California.

　　　　　　　　　　　　　　　　　　 /s/ Allie Ward　　　　　　
　　　　　　　　　　　　　　　　　Allie Ward, Declarant